## UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER
## OF 52 CHARLIE LLC

The undersigned, being the sole member (the "Member") of 52 Charlie LLC, a New York limited liability company (the "Company"), hereby adopts the following resolutions:

**WHEREAS**, the Company is governed by that certain Operating Agreement of the Company, dated as of October 13, 2021 (as amended by that certain First Amendment to Operating Agreement, dated as of November 15, 2023, and as may be further amended from time to time, the "Operating Agreement");

**WHEREAS**, Jacob Frumkin was the sole member of the Company and executed the Operating Agreement and the First Amendment thereto;

**WHEREAS**, Jacob Frumkin passed away on February 3, 2025, and The Estate of Jacob Frumkin (the "Estate") is now the sole Member of the Company;

**WHEREAS**, Nicole Christine Frumkin and Samuel Frumkin (together, the "Executors") are serving as co-executors of the Estate and act on behalf of the Estate in its capacity as the sole Member of the Company;

**WHEREAS**, the Company has retained bankruptcy counsel to file a bankruptcy petition for the Company and to conduct a bankruptcy sale of the Company's assets through a case under title 11 of the United States Code (the "Bankruptcy Case");

**WHEREAS**, in connection with the Bankruptcy Case, the Member desires to amend the Operating Agreement to provide for management of the Company by one or more managers, including managers who are not members of the Company, and to provide the Members with the right to remove any manager at any time and for any reason; and

**WHEREAS**, the Member desires to engage and appoint Arbel Capital Advisors, LLC ("Arbel Capital Advisors") to serve as a non-member Manager of the Company and Arbel Capital Advisors has agreed to provide Ephraim Diamond, the managing member of Arbel Capital Advisors, as its representative to oversee and implement the Bankruptcy Case and related restructuring matters in coordination with the Company's bankruptcy counsel.

**NOW, THEREFORE, IT IS RESOLVED**, the Member hereby authorizes and directs the filing of a bankruptcy petition for the Company and the sale of the Company's assets through a case under title 11 of United States Bankruptcy Code;

**FURTHER RESOLVED**, that the Third Amendment to Operating Agreement of 52 Charlie LLC (the "Third Amendment"), a copy of which is attached to this Consent, is hereby approved and adopted, with such changes, completions and revisions as the Executors may approve, such approval to be conclusively evidenced by the execution and delivery thereof;

**FURTHER RESOLVED**, that the Company hereby elects to be a manager-managed limited liability company within the meaning of the New York Limited Liability Company Law, and the Operating Agreement shall be amended to permit the appointment of one or more managers of the Company, who may, but need not, be members of the Company, all as set forth in the Third Amendment;

**FURTHER RESOLVED**, that Arbel Capital Advisors is hereby appointed as a non-member Manager of the Company to serve until its earlier resignation or removal in accordance with the Operating Agreement, as amended;

**FURTHER RESOLVED**, that as Manager and CRO, Ephraim Diamond shall have, in addition to the powers and authorities granted to a "Manager" under the Operating Agreement, as amended, full power and authority, acting alone and without the joinder of any other officer of the Company (except as may be required by applicable law or order of the Bankruptcy Court), to manage and direct the business and affairs of the Company in connection with the Bankruptcy Case and any related restructuring;

**FURTHER RESOLVED**, that each of the Executors, acting individually, is hereby authorized, empowered and directed, in the name and on behalf of the Estate as the sole Member of the Company, to execute and deliver the Third Amendment and any and all agreements, instruments, certificates, consents and other documents, and to take any and all such further actions, as such Executor may deem necessary, proper or advisable to carry out the intent and purposes of the foregoing resolutions, the taking of any such actions by any such Executor to be conclusive evidence that the same were authorized hereby; and

**FURTHER RESOLVED**, that all actions heretofore taken by the Executors, any officer of the Company, or any other representative of the Company or the Estate in connection with the matters contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent of Sole Member as of the 23rd day of December, 2025.

**ESTATE OF JACOB FRUMKIN**

_/s/ Nicole Christine Frumkin_
Nicole Christine Frumkin, Co-Executor of the Estate of Jacob Frumkin

_/s/ Samuel Frumkin_
Samuel Frumkin, Co-Executor of the Estate of Jacob Frumkin