# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/30/2025 |
| Case: 25−12915−jpm | Form ID: 309F1 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 52 Charlie LLC | 4 Waverly Place    Lawrence, NY 11559 |
| ust | United States Trustee | Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| aty | Isaac Nutovic | Law Offices of Isaac Nutovic    261 Madison Ave    26th Floor    New York, NY 10016 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| 8655297 | 52 Charles Street Lending LLC | 11 Chestnut Street    Norwalk, CT 06854 |
| 8655296 | 52 Charlie LLC | c/o Arbel Capital Advisors LLC    4 Waverly Place    Lawrence NY 11559 |
| 8655310 | City of New York Law Department | Bankruptcy Section    100 Church Street Room 3−118    New York, NY 10007 |
| 8655311 | Corporation Counsel of the City of New York | 100 Church Street Room 3−118    New York, NY 10007 |
| 8655301 | DL Restoration & Builders Corp. | 70−50 Austin St LL117,    Forest Hills, NY 11375 |
| 8655314 | Erica R. Aisner, ESQ | Kirby Aisner & Curley    700 Post Road, Suite 237    Scarsdale, New York 10583 |
| 8655303 | Estate of Jacob Frumkin | c/o Christine Frumkin    25 Fifth Avenue, Apt 3C    New York, NY 10003 |
| 8655304 | Estate of Jacob Frumkin | c/o Samuel Frumkin    4530 Connecticut Ave NW, Apt 506    Washington, DC 20008 |
| 8655307 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101−7346 |
| 8655299 | Michael Schmitt Architect PC | 30 Vesey Street, PH    NY NY 10007 |
| 8655305 | NYC Department Of Finance | 66 John St 2nd floor    New York, NY 10038 |
| 8655312 | NYC Dept. of Buildings | Admin. Enforcement Unit    280 Broadway, 5th Floor    New York, NY 10007 |
| 8655309 | NYC Office of Administrative Trials and Hearings | 66 John Street, 10th Floor    New York, NY 10038 |
| 8655306 | New York City Department of Environmental Protecti | 59−17 Junction Boulevard    Elmhurst, Queens    NY 11373 |
| 8655308 | New York State Department of Taxation & Finance | Bankruptcy Section P O Box 5300    Albany, New York 12205−0300 |
| 8655298 | SW Engineering Company PLLC | 589 8?? Avenue, 4?? Floor    New York NY 10018 |
| 8655300 | Socotec Engineering Inc. | 151 West 42nd Street, 24th Floor    New York, NY 10036 |
| 8655302 | T−A Realty Corporation | 1776 Broadway, Suite 1720,    New York, New York 10019 |
| 8655313 | William Turkish, Esq. | Braunstein Turkish LLP    7600 Jericho Turnpike, Suite 402    Woodbury, NY 11797 |

TOTAL: 26