# Exhibit B

*Law Offices of Isaac Nutovic*
*Proposed counsel to Debtor and Debtor in Possession*
*261 Madison Avenue, 26th Floor*
*New York, N. Y. 10016*
*(917) 922-7963*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                              :   Chapter 11
                                                                   :
    52 CHARLIE LLC                                      :   25-12915 (JPM)
                                                                   :
                    Debtor.        :
-------------------------------------------------------------------x

## DECLARATION OF GREG CORBIN ON BEHALF OF NORTHGATE REAL ESTATE GROUP

GREG CORBIN declares as follows pursuant to 28 U.S.C. § 1746:

1. Northgate Real Estate Group ("Northgate"), is a New York Corporation with offices at 1633 Broadway, 46th Floor, New York, New York 10019.

2. This declaration (the "Corbin Declaration") is submitted in support of the application (the "Application")[1] of 52 Charlie LLC the debtor and debtor-in-possession (the "Debtor"), for an order approving the retention of Northgate as real estate advisor for the Debtor's property located at 52 Charles Street, New York, New York (the "Property") pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. Unless otherwise stated, the facts set forth herein are based on my personal knowledge, information, and belief.

4. I am the President of Northgate Real Estate Group, a brokerage and advisory firm with specific focus on bankruptcy, restructuring, foreclosures, loan sales, and workouts. Northgate is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

experienced and qualified to represent the Debtor in connection with the sale of the Property for the reasons set forth below.

5. From 2019 to date, Northgate's brokers were the top bankruptcy brokerage team in New York, and the Tri-State area, and arranged for the sale, workout, or recapitalization of 173 buildings, development sites, membership interests, or loans. These totaled approximately 5.8 million square feet, or BSF, with an aggregate asset/debt value of over $2,100,000,000.00

6. During my career, I have received numerous awards, the most current including:

- *RED Distressed Asset Broker of the Year (2025)*
- *BankruptcyData Ranked #1 Bankruptcy, Foreclosure, and Restructuring Brokerage in NY, Tri-State, and top 3 nationwide (2024 and 2025)*
- *Crain's Most Influential People in Real Estate (2023, 2024, 2025)*
- *RED Bankruptcy Broker of the Year (2023 and 2024)*
- *CoStar Top 10 PowerBrokers in New York City (2020, 2022, 2023, 2024)*
- *Connect CRE Top 5 Brokers in New York and the Tri-state Region (2022 and 2025)*
- *New York Real Estate Journal Real Estate Industry Leader (2020, 2023, 2024, and 2025)*
- *NYREJ Commercial Real Estate Visionary (2021, 2022, 2024)*
- *IE Magazine Inspiring Leader (2022-2024)*
- *Property IDX Broker of The Year (2022)*
- *Sonoture Broker of the Year (2021)*

7. Over the past decade I have been a featured speaker at many bankruptcy and distressed real estate events. Most recently, the 2025 Real Deal conference, 2025 Menorah Miami, 2024 IMN Distressed Forum for Bank Special Assets, the 2024 American Bankruptcy Institute ASM, the 2024 Real Estate Deal CRE Conference, the 2024 Trepp Distressed CRE Symposium, the

2023 Financial Poise CREW, the 2023 PCON Real Estate Conference, the 2023 Beard Group Distressed Investing Conference, and the 2023 Debtwire Restructuring Forum.

8. Northgate's agents have been involved in over $4.3 billion in commercial real estate transactions. They have substantial experience in the marketing and sale of commercial real property and are well-qualified to provide real estate services to the Debtor. Northgate is a licensed real estate broker in and by the State of New York and was established to provide unmatched service and results in the distressed real estate arena. Northgate utilizes a team of professionals who are involved in the marketing and disposition of the properties they sell, rather than a single agent working to sell a property.

9. Northgate's agents specialize in multifamily and mixed-use apartment buildings, office, hotel, retail, industrial, and development sites in the Tri-State area, with a strong focus in New York. Accordingly, Northgate will be able to effectively market the Property. Northgate is willing to act as real estate advisor to market and sell the building and to render the necessary professional service required in connection with same.

10. The conditions of Northgate's retention by the Debtor for the sale of the Debtor's Property are set forth in that certain retention agreement attached to the Application as Exhibit C (the "Retention Agreement"), which terms and conditions are summarized therein.

11. I have reviewed the creditor matrix and/or claims register in this case provided by Debtor's counsel. To the best of my knowledge insofar as I have been able to ascertain, Northgate: (a) does not hold any interest materially adverse to the Debtor's estate; (b) has no connection with the Debtor, its creditors or other parties in interest herein; and (c) is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b). Northgate is not involved with any party-in-interest listed on the creditor matrix and claims register and has no conflicts of interest. Further, Northgate has no relationship with any entity, attorney or

financial advisor who has appeared in this case that would be materially adverse to the Debtor in this case.

12. Neither I nor the professionals of Northgate working on this engagement, to the best of my knowledge after reasonable inquiry, have any relationship with the Debtor, the United States Bankruptcy Judge assigned to this Chapter 11 Case, the U.S. Trustee, or any persons employed by the U.S. Trustee.

13. I do not believe that Northgate is a "creditor" with respect to any fees and expenses of the Debtor within the meaning of Bankruptcy Code section 101(10). Further, neither I nor any other member of the Northgate team serving the Debtor, to the best of my knowledge, is a holder of any outstanding debt instrument of the Debtor.

14. Consequently, to the best of my knowledge, Northgate is "disinterested" as that term is defined in Bankruptcy Code section 101(14) as modified by Bankruptcy Code section 1107(b), because:

   i. neither of Northgate, nor any professional at Northgate working on this engagement is or was a creditor, equity security holder, or insider of the Debtor;

   ii. neither of Northgate nor any professional at Northgate working on this engagement is or was, within two (2) years before the Petition Date, a director, officer, or employee of the Debtor; and

   iii. Northgate has no interest materially adverse to the interests of the estate or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor.

15. As part of its diverse practice, Northgate appears in cases, proceedings and transactions involving many different professionals, including attorneys, financial advisors, and creditors, some of which may represent or be claimants and/or parties in interest in this case.

16. If Northgate discovers additional information requiring disclosure, Northgate will file supplemental disclosures with the Court as promptly as possible. In the event any new

facts or relationships subsequently are discovered during the pendency of this case, Northgate will supplement this Corbin Declaration and file the same with the Court.

17. Northgate's compensation is fully set forth in the Retention Agreement. As more fully described in the Retention Agreement, subject to review and approval by the Bankruptcy Court of a fee application by Northgate, Northgate is entitled to the following compensation under the Retention Agreement: (i) 5% in the case of a sale, (ii) 2.0% if the Lenderr closes on a credit bid transaction (of which Lender pays 1% if it bids less than $7 million and 1.75% if the bid is $7 million or more) , (iii) 5% in the case of a refinancing, or (iv) in the case of an alternate outcome other than a sale or refinancing of the Property, a flat fee for its services in the amount of twenty thousand dollars ($20,000), to be paid $10,000 by the Lender and $10,000 by the Debtor.

18. I have read the Application and, to the best of my knowledge, information, and belief, the contents of said application are true and correct.

19. To the best of my knowledge, information and belief, Northgate has not entered and will not enter into any agreement prohibited by section 155 of Title 18 of the United States Code or Bankruptcy Rule 2016 (b).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: December 31, 2025
New York, New York

_____
Greg Corbin