*Law Offices of Isaac Nutovic*
*Proposed counsel to Debtor and Debtor in Possession*
*261 Madison Avenue, 26th Floor*
*New York, N. Y. 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                      Chapter 11


            52 CHARLIE LLC,                                      Case No. 25-12915 (jpm)

                                                Debtor.
-------------------------------------------------------------x

## LOCAL RULE 1007- 2 DECLARATION

**Ephraim Diamond**, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, says:

1. I am the Managing Member  of Arbel Capital Advisors LLC, the Manager of 52 Charlie LLC (the "Debtor"), the above-named debtor. I make this statement based on my review of the Debtor's information, due inquiry of ownership and records available to me.

2. I am the founder and managing member of Arbel Capital Advisors LLC ("Arbel"), an advisory firm specializing in business restructurings and workouts, bankruptcy, and litigation planning, including chapter 11 reorganizations and independent and fiduciary oversight for distressed and special situations. I have close to 25 years of restructuring and crisis management experience and have appeared on behalf of debtors in numerous bankruptcy cases across the country, including in the Southern and Eastern Districts of New York. I am currently acting and have in the recent past acted as a restructuring officer or independent fiduciary for several cases pending in this district including: Broadway Realty I Co., LLC, et al., 25-11050 (DSJ); 203 W 107 Street LLC, 20-12960 (LGB); Urban Commons 2 West LLC, 22-11509 (PB); In re Walsam, 24-11231 (MEW);

Winta Property Management 24-10848 (MEW); Wythe Berry Fee Owner, 22-11340 (MG).

3.  I have worked on numerous real estate related restructurings and am familiar will all aspects of such transactions including refinancings, modifications, short sales, operational enhancements and management. In addition, I serve as an independent director for several companies, both inside and outside of distressed situations, and serve various roles for the post-confirmation litigation/creditor trusts for Endo Pharmaceuticals, Mallinckrodt and the Nine West Litigation Trust. From January 2008 through June 2018, I served as a director and senior legal analyst at Davidson Kempner Capital Management, LP. Prior to that, I was a corporate bankruptcy associate at Paul, Weiss, Rifkind, Wharton & Garrison, LLP from 2001 through 2007.

4.  I submit this declaration pursuant to S.D.N.Y. Local Rule 1007-2, and in support of the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), filed on December 29, 2025 (the "Filing Date").

**Background and Reasons for Filing**

5.  The Debtor is a New York limited liability corporation.

6.  The Debtor owns a property located at 52 Charles Street, New York, New York (the "Property"). 100% of the Debtor's membership interests were originally owned by Jacob Frumkin who passed away on February 3, 2025. The preliminary executors of his estate, Nicole Christine Frumkin and Samuel Frumkin, have since signed an Election to Continue Existence of Limited Liability Company.

7.  The Property was acquired in December 2021 with the intention of developing it as a single unit residence. The Property is encumbered by a mortgage in favor of 52 Charles

2

Street Lending LLC (the "Lender") in the approximate amount of $8 million. Development of the Property was halted mid-construction because of issues with the permitting process.

8. After efforts to sell the Property at a price acceptable to the mortgage holder were unsuccessful and faced with the possibility of the Lender commencing a foreclosure proceeding, the Debtor, with the support of the Lender, has filed this case with the intention of conducting an auction sale on an expedited basis.

9. The Debtor has no other significant assets except for a bank account with approximately $2,500 which is used to pay approximately $150 a month for electricity.

## Required Information

10. This case was not originally commenced under any other chapter; nor was any committee formed prior to the Filing Date.

11. Annexed hereto is list of the holders of the twenty largest unsecured claims (Exhibit A) and the holders of the five largest secured claims (Exhibit B) and a summary of assets and liabilities (Exhibit C).

12. The sole holder of membership interests in the Debtor is the Estate of Jacob Frumkin.

13. None of the Debtor's property is in the possession or custody of any third party.

14. The Debtor is not operating its business, but its Manager is located at 4 Waverly Place, Lawrence New York.

15. There are no actions or proceedings pending or threatened.

16. Arbel Capital Advisors is the sole Manager of the Debtor having been appointed as such on December 23, 2025; I have stewarded many real estate bankruptcies in this and many other courts.

December 30, 2025

*Ephraim Diamond*
_____
Ephraim Diamond

# Exhibit A

**Fill in this information to identify the case:**

Debtor name  52 CHARLIE LLC

United States Bankruptcy Court for the:  SOUTHERN    District of  NY
(State)

Case number (If known):  25-12915

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Michael Schmitt Architect PC 30 Vesey Street, PH New York, NY 10007 | | SERVICES | unliquidated | | | 45,242.02 |
| 2 | Socotec Engineering Inc. 51 West 42nd Street, 24th Floor New York, NY 10036 | | SERVICES | unliquidated | | | 6,795 |
| 3 | I & L Consulting Inc 42 Morningside Ave Creskill NJ 07626 | | =Services | unliquidated | | | 3924 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____    Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# Exhibit B

**Fill in this information to identify the case:**

Debtor name _____52 Charlie LLC_____

United States Bankruptcy Court for the: _____Southern_____ District of _New York_
                                                                    (State)

Case number (If known): __25-12915__

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
52 Charles Street Lending LLC

Creditor's mailing address
11 Chestnut Street
Norwalk, CT 06854

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number         __ __ __ __
Do multiple creditors have an interest in the
same property?
☑ No
☑ Yes. Specify each creditor, including this creditor,
   and its relative priority.
_____
_____
_____

Describe debtor's property that is subject to a lien
52 Charles Street
_____
_____

Describe the lien
Mortgage
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ Approx $8mm
Column B: $ Unknown

**2.2**

Creditor's name
DL Restoration & Builders Corp.

Creditor's mailing address
70-50 Austin St LL117,
Forest Hills, NY 11375

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number         __ __ __ __
Do multiple creditors have an interest in the
same property?
☑ No
☑ Yes. Have you already specified the relative
   priority?
      ☐ No. Specify each creditor, including this
         creditor, and its relative priority.
         _____
         _____
      ☐ Yes. The relative priority of creditors is
         specified on lines _____

Describe debtor's property that is subject to a lien
52 Charles Street
_____
_____

Describe the lien
Mechanic's Lien
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ $164,000
Column B: $ Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Debtor | | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

NYC Department Of Finance

**Creditor's mailing address**

66 John St 2nd floor

New York, NY 10038

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

52 Charles Street

_____

**Describe the lien**

R.E. Taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$ _____ unknown     $ unknown

---

**2.4** **Creditor's name**

SW Engineering Company PLLC

**Creditor's mailing address**

589 8th Avenue, 4th Floor

New York, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

52 Charles Street

_____

**Describe the lien**

Mechanic's Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$62,160.00     $ unknown

---

Debtor _____     Case number (*if known*)_____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

# Exhibit C

**Fill in this information to identify the case:**

Debtor name _52 CHARLIE LLC_ _____ _____ _____ _____ _____

United States Bankruptcy Court for the: _SOUTHERN_ District of _NY_
(State)

Case number (If known): _25-12915_ _____

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................

    $ UNKNOWN

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................

    $ 2500

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................

    $ 2500+

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................

    $ 8,226,160

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................

    $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................................

    + $ 403483.27

4. **Total liabilities**.......................................................................................................................
    Lines 2 + 3a + 3b

    $ 8629643.27