UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

                Chapter 11

  52 CHARLIE LLC

                Case No. 25-12915 (JPM)


             Debtor
--------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders in 52 Charlie LLC:


  Estate of Jacob Frumkin

Dated: New York, New York
  December 31, 2025       LAW OFFICIES OF ISAAC NUTOVIC
                Proposed Attorneys for Debtor

              By: _s/Isaac Nutovic_
               Isaac Nutovic, Esq.
               261 Madison Avenue, 26th Floor
               New York, New York 10016
               (917) 922-7963