UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                Chapter 11

 52 CHARLIE LLC

                Case No. 25-12915 (JPM)


            Debtor
---------------------------------------------------------x


## CORPORATE OWNERSHIP STATEMENT

 Pursuant to Bankruptcy Rule 1010(b) 52 Charlie LLC states that there are no corporate entities which own 10% or more of its membership interests.

 Dated: New York, New York
      December 31, 2025


         LAW OFFICES OF ISAAC NUTOVIC
         *Proposed Attorneys for Debtor*

          */s/ Isaac Nutovic*
          Isaac Nutovic
          261 Madison Ave, 26th Floor
          New York, NY 10016
          Telephone: (917) 922-7963
          email: inutovic@nutovic.com