# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**In Re:**  **Case No.**

**Chapter**

**Debtor(s)**

-------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

    The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 12/30/2025

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

USBC-44                                       Rev. 11/15

52 Charlie LLC
c/o Arbel Capital Advisors LLC
4 Waverly Place
Lawrence NY 11559

52 Charles Street Lending LLC
11 Chestnut Street
Norwalk, CT 06854

SW Engineering Company PLLC
589 8th Avenue, 4th Floor
New York NY 10018

Michael Schmitt Architect PC
30 Vesey Street, PH
NY NY 10007

Socotec Engineering Inc.
151 West 42nd Street, 24th Floor
New York, NY 10036

DL Restoration & Builders Corp.
70-50 Austin St LL117,
Forest Hills, NY 11375

I & L Consulting Inc
42 Morningside Ave
Creskill NJ 07626
Attn: Itzhak Hashinovsky

T-A Realty Corporation
1776 Broadway, Suite 1720,
New York, New York 10019

Estate of Jacob Frumkin
c/o Christine Frumkin
25 Fifth Avenue, Apt 3C
New York, NY 10003

Estate of Jacob Frumkin
c/o Samuel Frumkin
4530 Connecticut Ave NW, Apt 506
Washington, DC 20008

NYC Department Of Finance
66 John St 2nd floor
New York, NY 10038

New York City Department of Environmental Protection
59-17 Junction Boulevard
Elmhurst, Queens
NY 11373

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation & Finance
Bankruptcy Section P O Box 5300
Albany, New York 12205-0300

NYC Office of Administrative Trials and Hearings
66 John Street, 10th Floor
New York, NY 10038

City of New York Law Department
Bankruptcy Section
100 Church Street Room 3-118
New York, NY 10007

Corporation Counsel of the City of New York
100 Church Street Room 3-118
New York, NY 10007

NYC Dept. of Buildings
Admin. Enforcement Unit
280 Broadway, 5th Floor
New York, NY 10007

William Turkish, Esq.
Braunstein Turkish LLP
7600 Jericho Turnpike, Suite 402
Woodbury, NY 11797

Erica R. Aisner, ESQ
Kirby Aisner & Curley
700 Post Road, Suite 237
Scarsdale, New York 10583