KIRBY AISNER & CURLEY LLP
*Attorneys for Secured Creditor*
    *52 Charles Street Lending LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                           Chapter 11
52 CHARLIE LLC,                              Case No: 25-12915(JPM)

                                    Debtor.
----------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Rules"), Kirby Aisner & Curley LLP, hereby appears as counsel for 52 Charles Street Lending LLC, a secured creditor in the above-captioned Chapter 11 case. It is requested that copies of any and all notices, pleadings, and orders be sent to:

KIRBY AISNER & CURLEY LLP
700 Post Road, Suite 237
Scarsdale, New York 10528
Erica R. Aisner, Esq.
eaisner@kacllp.com
Telephone: (914) 401-9500

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise in the above referenced case.

Dated: Scarsdale, New York
January 5, 2026

                        KIRBY AISNER & CURLEY LLP
                        *Attorneys for Secured Creditor*
                              *52 Charles Street Lending LLC*
                        700 Post Road, Suite 237
                        Scarsdale, New York 10583
                        Tel: (914) 401-9500

                        By:  */s/ Erica R. Aisner*
                             Erica R. Aisner, Esq.