**Hearing Date and Time: January 23, 2026 @ 9:30 a.m. Objection Deadline: January 16, 2026 @at 4:00 p.m.**

*Law Offices of Isaac Nutovic*
*Proposed counsel to Debtor and Debtor in Possession*
*261 Madison Avenue, 26th Floor*
*New York, N. Y. 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                       :     Chapter 11
                                            :
    52 CHARLIE LLC                 :     Case No. 25-12915 (JPM)
                                            :
             Debtor.       :
------------------------------------------------------------------x

## NOTICE OF HEARING ON MOTIONS TO RETAIN (A) LAW OFFICES OF ISAAC NUTOVIC AS BANKRUPTCY ATTORNEYS AND (B) NORTHGATE REAL ESTATE GROUP AS REAL ESTATE ADVISOR

    **PLEASE TAKE NOTICE** that on **January 23, 2026 at 9:30 a.m. (ET)**, (the "**Hearing**"), the undersigned will present the *Motions For Orders Authorizing The Retention Of* (A) Law Offices Of Isaac Nutovic As Bankruptcy Attorneys And (B) Northgate Real Estate Group As Real Estate Advisor (the "**Motion**"), related proposed order and exhibits in support of the Motion submitted herewith, to the Honorable John P. Mastando III, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), located in Courtroom 501, One Bowling Green, New York, NY 10004-1408.

    **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application (each an "**Objection**") shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of this case by registered users of the Court's electronic filing system; and (d) be served so as to be actually received by **January 16, 2026 at 4:00 p.m., prevailing Eastern Time** (the "**Objection Deadline**"), on (i) so as to be actually received by the Honorable Judge Mastando III, with electronic copies emailed to Chambers at: JPM.chambers@nysb.uscourts.gov; (ii) The Law Offices Of Isaac Nutovic, 261 Madison Avenue, 26th Floor, New York, New York, 10016 (iii) the Office of the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408 (Attn: Andrea Schwartz, andrea.b.schwartz@usdoj.gov); and (iv) any other party who has filed a notice of appearance and request for service of papers pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is not timely filed and served, the Court may grant the Motion without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be held via Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **Janaury 21, 2026 at 4:00 p.m. (ET)** (the "**Appearance Deadline**"). After the Appearance Deadline has passed, parties who have made their electronic appearance through the Court's website to appear via Zoom for Government will receive an invitation from the Court with a Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances.

Dated:  New York, New York
        January 6, 2026                      LAW OFFICES OF ISAAC NUTOVIC

                                                      /s/ Isaac Nutovic
                                            Isaac Nutovic
                                            261 Madison Ave, 26th Floor New
                                            York, NY 10016 Telephone:
                                            (917) 922-7963
                                            email: inutovic@nutovic.com

                                            *Attorneys for Debtor*