UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                              Chapter 11

      52 CHARLIE LLC,                                       Case No. 25-12195 (JPM)

                              Debtor.
-----------------------------------------------------------------x

FRUMKIN DECLARATION

Nicole Christine Frumkin, declaring under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I make this declaration with respect to the application of 52 Charlie LLC (the "Debtor") to retain the Law Offices of Isaac Nutovic (the "Firm") to represent it as attorneys under a general retainer.

2. I am a co-executor to the Estate of Jacob Frumkin (the "Estate"), which owns 100% of the membership interests in the Debtor. The Estate is represented by Sherman Atlas Sylvester and Stamelman LLP, 1185 Avenue of the Americas, Third Floor, New York, NY 10036.

3. The Estate provided $71,238 to the Law Offices of Isaac Nutovic to secure services for the Debtor with the understanding that $70,000 was the maximum fee which the Firm would charge for this case. The monies advanced by the Estate are part of the Estate's pre-petition claim against the Debtor.

4. I understand that the Firm's duty of loyalty is to the Debtor and not to the Estate.

Dated: New York, New York
      January___, 2026

By: _____
Nicole Christine Frumkin

1