*Isaac Nutovic, Esq.*
*LAW OFFICES OF ISAAC NUTOVIC*
*261 Madison Avenue, 26th Floor*
*New York, New York 10016*
*(212) 421-9100*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                                      Chapter 11

       52 CHARLIE LLC

                                      Debtor            Case No. 25-12915 (JPM)
---------------------------------------------------------X

## CERTIFICATE OF SERVICE (Attorney Retention)

Isaac Nutovic, certifying under penalty of perjury says:

I am not a party to the action. I am over the age of eighteen years.

On January 6, 2026 I caused the following documents to be served via first class mail, postage prepaid on the parties listed on Schedule A and via email on Annie.Wells@usdoj.gov and Erica Aisner at eaisner@kacllp.com

1. Notice Of Hearing On Motions To Retain (A) Law Offices Of Isaac Nutovic As Bankruptcy Attorneys And (B) Northgate Real Estate Group As Real Estate Advisor;
2. Application In Support Of An Order Authorizing The Retention Of The Law Offices Of Isaac Nutovic As Counsel For The Debtor;
3. Proposed retention Order
4. Nutovic Declaration
5. Frumkin Declarataion

Dated: January 6, 2026

                                               s/ *Isaac Nutovic*
                                               Isaac Nutovic, Esq.

**Schedule A**

SW Engineering Company PLLC
589 8th Avenue, 4th Floor
New York NY 10018

Michael Schmitt Architect PC
30 Vesey Street, PH
NY NY 10007

Socotec Engineering Inc.
151 West 42nd Street, 24th Floor
New York, NY 10036

DL Restoration & Builders Corp.
70-50 Austin St LL117,
Forest Hills, NY 11375

I & L Consulting Inc
42 Morningside Ave
Creskill NJ 07626
Attn: Itzhak Hashinovsky

T-A Realty Corporation
1776 Broadway, Suite 1720,
New York, New York 10019

Estate of Jacob Frumkin
c/o Christine Frumkin
25 Fifth Avenue, Apt 3C
New York, NY 10003

Estate of Jacob Frumkin
c/o Samuel Frumkin
4530 Connecticut Ave NW, Apt 506
Washington, DC 20008

NYC Department Of Finance
66 John St 2nd floor
New York, NY 10038
New York State Department of Taxation & Finance
Bankruptcy Section P O Box 5300

Albany, New York 12205-0300

Erica R. Aisner, ESQ
Kirby Aisner & Curley
700 Post Road, Suite 237
Scarsdale, New York 10583