*LAW OFFICES OF ISAAC NUTOVIC*
*Proposed Attorneys for Debtor*
*261 Madison Avenue, 26th floor*
*New York, New York 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re                                                                                          (Chapter 11)

     52 CHARLIE LLC

                                                 Case No. 25-12915 (JPM)
                                 Debtor.
-----------------------------------------------------------------X

## APPLICATION FOR ORDER FIXING THE LAST DATE
## FOR THE FILING OF PROOFS OF CLAIM

**TO THE HONORABLE JOHN P. MASTANDO**
**UNITED STATES BANKRUPTCY JUDGE:**

       The application of 52 Charlie LLC (the "Debtor"), by its attorneys, the Law Offices of Isaac Nutovic, for entry of an Order, under Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), establishing procedures and fixing a deadline for filing proofs of claim and approving the form and manner of service thereof, respectfully sets forth and represents:

       1.     The Debtor commenced this case by filing a chapter 11 petition in this court on December 29, 2025 ("Petition Date"). Complete schedules and a Statement of Financial Affairs have been filed.

       2.     The Debtor submits this application seeking the entry of an Order establishing a bar date (the "Bar Date") for the filing of proofs of claim or interests ("Proofs of Claim") in the Debtor's case and designating the form and manner of notice thereof. The form and substance of the proposed order has been approved by the

secured lender in this case; no committee of creditors has been appointed and there is no post-petition lender.

    3.    By virtue of Bankruptcy Rule 3003(c) the Court is authorized to fix the time within which proofs of claim may be filed in a Chapter 11 case as it deems appropriate.

    4.    In order to properly proceed with his Chapter 11 case, it is necessary for the Debtor to ascertain the number, amount and type of claims which may be asserted against it. In order to make this determination the Debtor seeks an order fixing a last date for the filing of proofs of claim.

    5.    Section 1111(a) of the Code, as supplemented by Bankruptcy Rule 3003, as relevant here, requires that proofs of claim be filed by persons or entities whose claims are listed on a debtor's schedules as contingent or unliquidated, whose claims do not appear on the schedules or whose claims are disputed by a debtor as to type or amount. Any such claimant who fails to file a proof of claim shall not, with respect to such claim, be treated as a creditor for the purposes of voting and distribution. Bankruptcy Rule 3003(b) further provides that no filing is necessary by claimants whose claims appear on the schedules, are not disputed by the Debtor, and are not listed as contingent or unliquidated. The Debtor submits that the creditors who have filed their proofs of claim prior to the entry of the Court's order fixing a bar date need not file again.

    6.    As set forth in the annexed Order, the Debtor intends to give notice (the "Notice"), substantially in the proposed form annexed hereto as Exhibit "A", by serving a copy of the Notice by first-class mail upon: (i) all known creditors of the

Debtor, including, but not limited to, all creditors listed in the Schedules; (ii) all persons or entities that have filed Notices of Appearance under Bankruptcy Rule 2002; (iii) all other known holders of claims, if any, pursuant to the Debtor's books and records; (iv) counsel to any official committee, should one be appointed; and (v) the Office of the United States Trustee.

7. The proposed Notice of Last Day to File Proof of Claim that will be served on each creditor along with the proposed order fixing the bar dates is annexed as Exhibit A to the proposed Order. The forms of the proposed Order setting last date to file Proofs of Claim, the procedures thereto, and the Notice, comply with the Local Bankruptcy Forms.

8. No previous application for the relief herein requested has been made to this or any other Court.

9. There being no novel issues of law raised by this Application it is respectfully requested that the requirement of the filing of a memorandum of law be waived.

WHEREFORE, the Debtor respectfully requests that the Court enter the annexed order fixing the last date for the filing of proofs of claim and grant such other and further relief as is just and proper.

Dated: New York, New York
      January 7, 2026

                              LAW OFFICES OF ISAAC NUTOVIC,
                              Proposed Attorneys for Debtor

                              By: /s/Isaac Nutovic
                                  Isaac Nutovic, Esq.
                              261 Madison Ave, 26th Floor
                              New York, New York 10016
                              Tel: (917) 922-7963