*Isaac Nutovic, Esq.*
*LAW OFFICES OF ISAAC NUTOVIC*
*261 Madison Avenue, 26th Floor*
*New York, New York 10016*
*(212) 421-9100*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                                                  Chapter 11

      52 CHARLIE LLC

                                Debtor          Case No. 25-12915 (JPM)
--------------------------------------------------------X

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies as follows:

1.  On December 31, 2025, 52 Charlie LLC (the "Debtor") filed an Application to Employ Law Offices of Isaac Nutovic as Bankruptcy Counsel (the "Motion") [ECF #13] and a Notice of Hearing [ECF #14] with this Court.

2.  In accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York, notice of the Motion was properly served on or before January 6, 2026, upon all parties entitled to notice, including, (i) the Office of the United States Trustee; (ii) all parties requesting notice; and all other parties required to receive notice under the Court's rules.

3.  The notice provided that objections to the Motion were required to be filed and served on or before January 17, 2026 (the "Objection Deadline").

4.  The Objection Deadline has passed and no objections to the Motion were filed with the Court or received by the undersigned as of the Objection Deadline.

5. Accordingly, the relief requested in the Motion may be granted without a hearing.

Dated: New York, New York
      January 22, 2026

_s/ Isaac Nutovic_
Isaac Nutovic, Esq.
