**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025

Account Number: ▰▰▰▰▰▰

## CUSTOMER SERVICE INFORMATION

If you have any questions about your statement, please contact your Customer Service Professional.



00038002 DDA 802 211 00126 NNNNNNNNNNN 1 000000000 62 0000
52 CHARLIE LLC
1776 BROADWAY STE 1720
NEW YORK NY 10019-2031

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $2,617.61 |
| Electronic Withdrawals | 2 | - 86.26 |
| Ending Balance | 2 | $2,531.35 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:251224 CO Entry Descr:Cecony    Sec:CCD    Trace#:021000027594701 Eed:251226    Ind ID:41341160004           Ind Name:52 Charlie LLC Trn: 3587594701Tc | $43.13 |
| 12/26 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:251224 CO Entry Descr:Cecony    Sec:CCD    Trace#:021000027594702 Eed:251226    Ind ID:74535900000           Ind Name:52 Charlie LLC Trn: 3587594702Tc | 43.13 |
| **Total Electronic Withdrawals** | | **$86.26** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/26 | $2,531.35 |

CHASE ◯

November 29, 2025 throu h December 31, 2025

Account Number: ▬▬▬▬

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**