**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| 52 CHARLIE LLC, | : | Case No.  25-12915 (JPM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING EX-PARTE MOTION TO SHORTEN TIME AND SCHEDULING HEARING ON SHORTENED NOTICE

Upon the *Ex Parte Motion to Shorten Time for Hearing* (the "Motion to Shorten Time")

[Dkt. No. 44] of 52 Charlie LLC (the "Debtor") to shorten notice of the hearing on the *Motion to*

*Modify Terms of Retention of Northgate Real Estate Group as the Debtor's Real Estate Advisor*

(the "Motion to Modify") [Dkt. No. 42], for entry of an order modifying the terms of the retention

of Northgate Real Estate Group ("Northgate"), as real estate advisor for the Debtor's property

located at 52 Charlie Street, New York, New York (the "Property"); and upon the Declaration of

Isaac Nutovic submitted in support thereof; and good cause appearing therefor; and the Court

having determined that the Debtor has established good cause under Bankruptcy Rule 9006(c)(1)

for the relief granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient and good cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that a hearing on the Motion to Modify shall be held before the Honorable

John P. Mastando III, Bankruptcy Judge, will be conducted, via Zoom for Government, by the

undersigned Bankruptcy Judge, on **March 25, 2026 at 9 A.M.** (the "Hearing"); and it is further

**ORDERED** that any participants who intend to appear at the Hearing must register their

appearance by 4:00 p.m. at least one business day before the Hearing by using the eCourt

Appearances tool that can be accessed at https://www.nysb.uscourts.gov/ecourt-appearances; and it is further

**ORDERED** that the Debtor shall serve a copy of this Order and the Motion to Modify by email and overnight, next business day morning delivery, upon (i) the United States Trustee for the Southern District of New York, (ii) counsel for the Lender, (iii) counsel for Northgate, (iv) Adam Glick, and (v) all parties having filed notices of appearances in this case, on or before March 24, 2026; and it is further

**ORDERED** that opposition, if any, to the Motion to Modify, shall be filed in writing on the Court's ECF system prior to the Hearing.

Dated:   March 23, 2026
New York, New York

 /s/   John P. Mastando III
Honorable John P. Mastando III
United States Bankruptcy Judge

2